IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
12 FEB -7 PM 3:25
MICHAEL R. MERZ
UNITED STATES
MAGISTRATE JUDGE

| UNITED STATES OF AMERICA | : | CASE NO. 3: |
| --- | --- | --- |
| v. | : | |
| JOHN G. LEGNER | : | ORDER FOR DISMISSAL WITHOUT PREJUDICE |

Pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure, having considered the United States' Motion to Dismiss the Complaint filed January 24, 2012, and the Arrest Warrant issued January 24, 2012, against JOHN G. LEGNER in the above captioned matter, is hereby dismissed without prejudice.

SO ORDERED.

DATE: February 7, 2012

MAGISTRATE JUDGE MICHAEL R. MERZ
UNITED STATES DISTRICT COURT